**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Belgian Wafle Iron LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4965257 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 19 W. Russell St.<br>Columbus, OH 43215 | 596 Catawba Ave.<br>Westerville, OH 43081 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Franklin | **Location of principal assets, if different from principal place of business** |
| County | 596 Catawba Ae. Westerville, OH 43081 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    The Belgian Wafle Iron LLC _____    Case number (*if known*) _____

Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | _____ | | | | _____ | |
| | District | | When | | Case number, if known | |
| | _____ | | _____ | | _____ | |

Debtor    The Belgian Wafle Iron LLC
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    The Belgian Wafle Iron LLC _____    Case number (if known) _____
    Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 10, 2020
    MM / DD / YYYY

X /s/ Aimee & Brandon Harper _____    Aimee & Brandon Harper _____
    Signature of authorized representative of debtor    Printed name

Title    Members _____

**18. Signature of attorney**

X /s/ Ronald A. Wittel, Jr. _____    Date    June 10, 2020
    Signature of attorney for debtor    MM / DD / YYYY

Ronald A. Wittel, Jr. 0078689 _____
Printed name

Ronald A. Wittel, Jr. _____
Firm name

Attorney at Law
1141 South High St.
Columbus, OH 43206 _____
Number, Street, City, State & ZIP Code

Contact phone    (614) 445-3000    Email address    rwittel3@yahoo.com

0078689 OH _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    The Belgian Wafle Iron LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   Statement Regarding Authority to Sign and File Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 10, 2020      **X** /s/ Aimee & Brandon Harper
                                             Signature of individual signing on behalf of debtor

                                             Aimee & Brandon Harper
                                             Printed name

                                             Members
                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      The Belgian Wafle Iron LLC

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF OHIO

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    150,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $    294,416.50

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $    444,416.50

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    6,135.70

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    9,628.64

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$    909,240.53

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b          $    925,004.87

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___The Belgian Wafle Iron LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $163,489.40 |
| For year before that:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $74,735.00 |
| For the fiscal year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $152,481.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | The Belgian Wafle Iron LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | The Belgian Iron Wafle Company LLC v. Windsor Construction<br>20 CV 001127 | Civil | Franklin County Court of Common Pleas<br>Civil Division<br>345 South High St., 1st Floor<br>Columbus, OH 43215 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   The Belgian Wafle Iron LLC _____   Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ronald A. Wittel, Jr.<br>Attorney at Law<br>1141 South High St.<br>Columbus, OH 43206 | Attorney Fees | 2020 | $800.00 |
| | **Email or website address**<br>rwittel3@yahoo.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

Debtor    The Belgian Wafle Iron LLC _____    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | 596 Catawba Ave. Westerville, OH 43081 | Dec. 2016 to June 2018 |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    The Belgian Wafle Iron LLC                                          Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Brandon & Aimee Harper's Residence 596 Catawba Ave. Westerville, OH 43081 | Brandon & Aimee Harper | Various restaurant equipment. | ☐ No ■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | The Belgian Wafle Iron LLC | Case number *(if known)* |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | MPS Financial 1933 E. Dublin Granville Rd. Columbus, OH 43229 | 2016 to the present. Demetra Sanderfer (614)893-1893 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aimee and Brandon Harper | 596 Catawba Ave. Westerville, OH 43081 | Aimee & Brandon Harper are members with Bohicket Investments LLC. | 1/3 interest to each member. |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    The Belgian Wafle Iron LLC _____    Case number *(if known)* _____

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 10, 2020 _____

/s/ Aimee & Brandon Harper _____        Aimee & Brandon Harper _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Members _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name ___The Belgian Wafle Iron LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $0.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | US Bank | Checking | 9159 | $58.90 |
| 3.2. | Union Bank Negative Balance $1,815.00 | Checking | 3875 | $0.00 |
| 3.3. | First Commonwealth Bank | Checking | | $35.00 |
| 3.4. | US Bank | Checking | 8499 | $2.60 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.               | $96.50 |

**Part 2:**     **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    The Belgian Wafle Iron LLC                           Case number *(If known)*  _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  Lease Deposit                                                                    $1,500.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          |  $1,500.00  |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Inventory | 6/10/2020 | $0.00 | Comparable sale | $15,520.00 |
| Cleaning Sanitizer Station & Rugs (Lease) | 1/20/2020 | $0.00 | Comparable sale | Unknown |

23.    **Total of Part 5.**                                                         |  $15,520.00  |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | The Belgian Wafle Iron LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

<table><tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr></table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

<table><tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr></table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

<table><tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr></table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| High Temp Commercial Dishwasher (Lease) | $0.00 | Comparable sale | $2,300.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $2,300.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

<table><tr><td>Part 9:</td><td>Real property</td></tr></table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    The Belgian Wafle Iron LLC                                    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Lease has value due to improvements, location, and discounted lease amount. Debtor has 2 offers on the property right now, and they accepted letter of intent. | 100% interest | $150,000.00 | Comparable sale | $150,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.                                    | $150,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>Liquor License | $25,000.00 | Comparable sale | $25,000.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.              | $25,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | The Belgian Wafle Iron LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Cause of Action against 3rd Parties
-Windsor Construction Services

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $250,000.00 |

$250,000.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Lawsuit Against Constuction Company
-Windsor Construction Services failed to complete the remodel of the space, and they only completed 25% of the space. Debtor had to hire someone else to complete the space. Debtors estimate they lost $250,000 in getting the remodel completed.

| Nature of claim | Civil |
|---|---|
| Amount requested | $0.00 |

Unknown

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$250,000.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    The Belgian Wafle Iron LLC
          Name

Case number *(If known)*

☑ No
☐ Yes

Debtor    The Belgian Wafle Iron LLC _____    Case number *(If known)* _____
          _____Name_____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $96.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,520.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $150,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $294,416.50 | + 91b. $150,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $444,416.50 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____The Belgian Wafle Iron LLC_____

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | Cintas
Creditor's Name

| | | | |
|---|---|---|---|
| **2.1** Cintas<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Cleaning Sanitizer Station & Rugs (Lease) | $5,076.00 | Unknown |

1275 Research Rd.
Columbus, OH 43230
Creditor's mailing address

Describe the lien
Lease

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2019

**Last 4 digits of account number**
3986

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | |
|---|---|---|---|
| **2.2** Eco Lab<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>High Temp Commercial Dishwasher (Lease) | $1,059.70 | $2,300.00 |

P.O. Box 32027
New York, NY 10087
Creditor's mailing address

Describe the lien
Leased Dishwasher

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2019

**Last 4 digits of account number**
1955

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 2

Debtor    The Belgian Wafle Iron LLC _____    Case number (if known) _____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $6,135.70 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___The Belgian Wafle Iron LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>IRS- Bankruptcy Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $604.62 | $604.62 |
| | Date or dates debt was incurred<br>2019 | Basis for the claim:<br>Notice of Bankruptcy Filing | | |
| | Last 4 digits of account number __9270__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br><br>Ohio Department of Taxation<br>P.O. Box 2678<br>Columbus, OH 43216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,024.02 | $9,024.02 |
| | Date or dates debt was incurred<br>2019 | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number __9942__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | The Belgian Wafle Iron LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,230.00**

ADT Security
P.O. Box 37878
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** 0742

**Basis for the claim:** Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,000.00**

Aimee Harper
596 Catawba Ave.
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** 3402

**Basis for the claim:** Capital Contribution

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,252.98**

American Express
P.O. Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** 1008

**Basis for the claim:** Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,700.00**

Bohicket Investments LLC
8530 Preston Mill Ct.
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** 3402

**Basis for the claim:** Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108,801.00**

Brandon Harper
596 Catawba Ave.
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** 3986

**Basis for the claim:** Capital Contribution & Operating Funds to Keep Business Running

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$692.75**

Cintas
1275 Research Rd.
Columbus, OH 43230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** 5546

**Basis for the claim:** Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,454.10**

City of Columbus Department of Pub. Util
910 Dublin Rd.
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** 9688

**Basis for the claim:** Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Belgian Wafle Iron LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $220.00 |
|---|---|---|---|

City of Columbus License Section(Alarm)
4252 Groves Rd.
Columbus, OH 43232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2019
**Last 4 digits of account number**  7413

**Basis for the claim:**  Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $379.69 |
|---|---|---|---|

Columbia Gas
P.O. Box 4629
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2019
**Last 4 digits of account number**  0007

**Basis for the claim:**  Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $337.50 |
|---|---|---|---|

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2019
**Last 4 digits of account number**  8608

**Basis for the claim:**  Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Franklin County Court of Common Pleas
Civil Division
345 South High St., 1st Floor
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2020
**Last 4 digits of account number**  1127

**Basis for the claim:**  Notice of Bankruptcy Filing
For Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,473.10 |
|---|---|---|---|

Green Sky
P.O. Box 2153
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2019
**Last 4 digits of account number**  4915

**Basis for the claim:**  Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

High Street Limited Partnership
930 N. High St.
Columbus, OH 43201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017
**Last 4 digits of account number**  3402

**Basis for the claim:**  Collections
For Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $600.00 |
|---|---|---|---|

LAZ Parking
15 Lewis St., 5th Fl.
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2019
**Last 4 digits of account number**  4153

**Basis for the claim:**  Collections

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Belgian Wafle Iron LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$389.92**

Ohio BWC
P.O. Box 89492
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections

**Last 4 digits of account number** 6394

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$940.00**

Ohio Heating
P.O. Box 91203
Columbus, OH 43209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections

**Last 4 digits of account number** Beliro

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,025.38**

Roose Company
5211 Trabue Rd.
Columbus, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections

**Last 4 digits of account number** 3402

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$255,528.00**

Russell & High LLC
930 N. High St.
Columbus, OH 43201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Basis for the claim:** Rental Space Lease

**Last 4 digits of account number** 3402

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$534.23**

Spectrum Business
P.O. Box 916
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections

**Last 4 digits of account number** 3402

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$237.73**

Sysco
5550 Blazer Pkwy, Ste. 300
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections

**Last 4 digits of account number** 3402

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,628.39**

U.S. Bank
P.O. Box 790185
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections

**Last 4 digits of account number** 7493

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Belgian Wafle Iron LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,815.76 |
|---|---|---|---|

Union Bank
1410 Bellefontaine Ave
Lima, OH 45804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** 3986

**Basis for the claim:** Bank Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|---|---|---|---|

Union Bank
1410 Bellefontaine Ave
Lima, OH 45804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** 9568

**Basis for the claim:** Collections

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Windsor Construction Services LLC
522 N. State St.
Westerville, OH 43082

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2020

**Last 4 digits of account number** 1124

**Basis for the claim:** Collections
For Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 9,628.64 |
| 5b. Total claims from Part 2 | 5b. + | $ | 909,240.53 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 918,869.17 |

**Fill in this information to identify the case:**

Debtor name    The Belgian Wafle Iron LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Sanitizing Equipment and Rugs. | |
| State the term remaining | 27 months | Cintas |
| List the contract number of any government contract | _____ | 1275 Research Rd. Columbus, OH 43230 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Dishwasher Lease | |
| State the term remaining | 27 | Eco Lab |
| List the contract number of any government contract | _____ | P.O. Box 32027 New York, NY 10087 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Restaurant Lease Space | |
| State the term remaining | 9 yr. | Russell & High LLC |
| List the contract number of any government contract | 3402 | 930 N. High St. Columbus, OH 43201 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____The Belgian Wafle Iron LLC_____

United States Bankruptcy Court for the: _____SOUTHERN DISTRICT OF OHIO_____

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State      Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State      Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State      Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State      Zip Code | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Ohio

In re   The Belgian Wafle Iron LLC _____    Case No. _____
                                    Debtor(s)              Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...............................................   $              800.00

    Prior to the filing of this statement I have received ....................................   $              800.00

    Balance Due ...............................................................................   $                0.00

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
        agreements and applications as needed; Representation of Debtor(s) at 341 Meeting of Creditors and confirmation
        hearings.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

June 10, 2020 _____        /s/ Ronald A. Wittel, Jr.
*Date*                                         Ronald A. Wittel, Jr. 0078689
                                               *Signature of Attorney*
                                               Ronald A. Wittel, Jr.
                                               Attorney at Law
                                               1141 South High St.
                                               Columbus, OH 43206
                                               (614) 445-3000   Fax: (614) 449-9780
                                               rwittel3@yahoo.com
                                               *Name of law firm*

---

ADT Security
P.O. Box 37878
Pittsburgh, PA 15250

Aimee Harper
596 Catawba Ave.
Westerville, OH 43081

American Express
P.O. Box 0001
Los Angeles, CA 90096

Bohicket Investments LLC
8530 Preston Mill Ct.
Dublin, OH 43017

Brandon Harper
596 Catawba Ave.
Westerville, OH 43081

Cintas
1275 Research Rd.
Columbus, OH 43230

City of Columbus Department of Pub. Util
910 Dublin Rd.
Columbus, OH 43215

City of Columbus License Section(Alarm)
4252 Groves Rd.
Columbus, OH 43232

Columbia Gas
P.O. Box 4629
Carol Stream, IL 60197

Eco Lab
P.O. Box 32027
New York, NY 10087

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

Franklin County Court of Common Pleas
Civil Division
345 South High St., 1st Floor
Columbus, OH 43215

Green Sky
P.O. Box 2153
Birmingham, AL 35287

High Street Limited Partnership
930 N. High St.
Columbus, OH 43201

IRS- Bankruptcy Division
P.O. Box 7346
Philadelphia, PA 19101-7346

LAZ Parking
15 Lewis St., 5th Fl.
Hartford, CT 06103

Ohio BWC
P.O. Box 89492
Cleveland, OH 44101

Ohio Department of Taxation
P.O. Box 2678
Columbus, OH 43216

Ohio Heating
P.O. Box 91203
Columbus, OH 43209

Roose Company
5211 Trabue Rd.
Columbus, OH 43228

Russell & High LLC
930 N. High St.
Columbus, OH 43201

Spectrum Business
P.O. Box 916
Carol Stream, IL 60132

Sysco
5550 Blazer Pkwy, Ste. 300
Dublin, OH 43017

U.S. Bank
P.O. Box 790185
Saint Louis, MO 63179

Union Bank
1410 Bellefontaine Ave
Lima, OH 45804

Windsor Construction Services LLC
522 N. State St.
Westerville, OH 43082

# United States Bankruptcy Court
## Southern District of Ohio

In re   The Belgian Wafle Iron LLC

Debtor(s)

Case No.

Chapter   7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   The Belgian Wafle Iron LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 10, 2020

Date

/s/ Ronald A. Wittel, Jr.

Ronald A. Wittel, Jr. 0078689

Signature of Attorney or Litigant
Counsel for   The Belgian Wafle Iron LLC

Ronald A. Wittel, Jr.
Attorney at Law
1141 South High St.
Columbus, OH 43206
(614) 445-3000 Fax:(614) 449-9780
rwittel3@yahoo.com